1  WINTERBOTHAM, PARHAM, TEEPLE, a PC    ORIGINAL
   Melissa K. Besecker
2  State Bar ID No: 201591
   20700 Ventura Blvd, Suite 130
3  Woodland Hills, CA 91367

4

   Telephone: (818) 226-3730
5  Fax: (818) 226-3737



UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

In Re:
                                          )  CASE NO: SV 08-12153 GM
                                          )  CHAPTER: 13
Robinson, Darrell D.                      )
Robinson, Loree                           )  APPLICATION FOR FEES: MEMORANDUM
                                          )     RECEIPTS AND DISBURSEMENTS;
                                          )  STATEMENT OF ATTORNEY PURSUANT TO
                                          )     BANKRUPTCY RULE 2016(b);
                                          )     AND ORDER THEREON
Social Security No: 4501                  )
              9442                        )
_____)

TO THE HONORABLE BANKRUPTCY JUDGE:

Applicant hereby makes application for fees and represent that the fee arrangement in this proceeding is as follows:

1.   That Applicant as attorney for the debtor, has performed all services necessary for the confirmation of the Debtor's Plan. The services include interviews with debtor, the preparation and filing of the Debtor's Petition, Chapter 13 Statement, Plan and Plan Analysis; and appearance at the 341 meeting and confirmation hearing.

2.   That Applicant believes a reasonable fee for said services to be $ 4,000.00    and prays that said fee be approved and allowed.

3.   That Applicant has received payments from the debtor and made disbursements on behalf of the debtor, as follows:

   Total Received                                                              $ 1,900.00

   Disbursements:
       Filing fee ................... $ 274.00
       Trustee ...................... $   0.00
       Administrative fees..........$   0.00
   Total Disbursements:                                                        $   274.00
   Amount applied to attorneys' fees                                           $ 1,626.00
   Balance of attorneys' fees ...                                              $ 2,374.00

Case No: SV 08-12153 GM

The total amount of money paid to attorney on behalf of debtor within one (1) year of the date of filing is the sum of $ 4,000.00 _____, including fees reserved for Chapter 13.

4. That in addition to the foregoing statements, Applicant makes the following statements pursuant to Bankruptcy Rule 2016(b).

(a) The details set forth by the debtor herein in the Chapter 13 Statement concerning compensation paid and compensation promised to be paid to his attorney of record is a true complete and accurate statement of the agreement between the debtor and the attorney of record for legal services rendered and to be rendered herein.

(b) The source of the monies paid by the debtor to the attorney of record to the best of the knowledge and belief of said attorney was:

Earnings.

(c) The attorney of record has not shared or agreed to share other than with members of the law firm any of said compensation with any other person except:

No Exceptions

Date: April 17, 2008

_____
Attorney for Debtor

**ORDER**

The sum of $ 4,000.00 is hereby allowed Applicant as compensation for the services referred to in the above Application and the Trustee is directed to pay the unpaid balance thereof, the sum of $ 2,374.00 from the estate in accordance with the plan.

Date: MAY 12 2008

_____
United States Bankruptcy Judge

-2-

## NOTICE

ANY PARTY OBJECTING TO THE APPLICATION MAY FILE AND SERVE A WRITTEN OBJECTION AND REQUEST A HEARING ON THIS APPLICATION. IF YOU FAIL TO FILE A WRITTEN RESPONSE WITHIN TWENTY (20) DAYS OF THE DATE OF SERVICE OF THIS NOTICE, THE COURT MAY TREAT SUCH FAILURE AS A WAIVER OF YOUR GRANT TO OPPOSE THIS APPLICATION AND MAY GRANT FEES SOUGHT.

**WINTERBOTHAM PARHAM TEEPLE a PC**
(CALIFORNIA BAR ASSOCIATION No.201591)
WEST HILLS PLAZA
20700 VENTURA BLVD, SUITE 130
WOODLAND HILLS, CA 91364
Telephone (818) 226-3730

## PROOF OF SERVICE
## BY MAIL

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 20700 Ventura Blvd, Suite 130, Woodland Hills, CA 91364.

On April 22, 2008, I served the foregoing document described as Proof of Service of APPLICATION FOR FEES: MEMORANDUM RECEIPTS AND DISBURSEMENTS; STATEMENT OF ATTORNEY PURSUANT TO BANKRUPTCY RULE 2016(b); AND ORDER THEREON to Trustee, Debtors and all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at the City of Woodland Hills, California, addressed as follows:

Elizabeth Rojas
Chapter 13 Trustee
15301 Ventura Blvd.
Building B Suite 400
Sherman Oaks, CA 91403

Mr. & Mrs. Robinson
36714 Pine Valley Court
Palmdale, CA 93552

I declare that the foregoing is true and correct under penalty of perjury under the laws of the State of California and the United States of America.

DATED: April 22, 2008

Natalie Keovterelyan