

Elizabeth Rojas, Chapter 13 Trustee
15301 Ventura Blvd, Bldg. B, Suite 400
Sherman Oaks, CA  91403
(818) 933-5700  Fax: (818) 933-5755

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

IN RE:

DARRELL D. ROBINSON
LOREE ROBINSON




DEBTORS

)  CHAPTER 13
)  CASE NO. SV08-12153-GM
)
)  CONF:   Tuesday, August 19, 2008
)  TIME:   2:30 pm
)  PLACE:  Courtroom 303
)          21041 Burbank Blvd.
)          Woodland Hills, CA 91367
)
)  ORDER CONFIRMING PLAN

The Debtor's Chapter 13 Plan or Modified Plan, if any, was filed on April 08, 2008.

A Plan, or the final modification of the Plan, was transmitted to the Creditors under Bankruptcy Rule 3015. The first meeting of creditors was held on May 21, 2008. The court finds that the Plan meets the requirements of 11 U.S.C. 1325.

IT IS ORDERED:
The Debtor's Plan was confirmed on August 19, 2008, with the following provisions:

1. Payments: Amount of each payment is $3,404.00. The due date is day 8 of each month for 60 months. No payroll deduction order is ordered until debtor is in default more than 20 days, unless provided otherwise by the Plan. The Plan provides for the payment of 100.000% of allowed claims of general unsecured creditors.

No further declaration or order is required.

2. Confirmation of the Plan is without prejudice to the rights of secured creditors for post-petition defaults by the debtor.

3. OTHER PROVISIONS:

(a) This is a base plan with the debtor paying $3,404.00 per month as disposable income. The court retains jurisdiction to hear the Trustee's motion to compel the debtor to pay all disposable income. Debtor shall submit statements of income on an annual basis to the Trustee, which amount of income shall be reviewed by the Trustee who may petition the court to increase the monthly payment for cause until such time as all allowed unsecured creditors are paid 100%.

(b) The Trustee is authorized to make payments to holders of claims secured by real property based on Debtor's plan.

(c) All tax returns to be submitted to the Trustee; all tax refunds to be submitted into the plan if less than 100%; Debtors to obtain court permission before incurring debt greater than $500.

(d) Miscellaneous: No discharge of student loans. Attorney fees of $4,000 allowed @ 100% per court order.

Dated: SEP 1 5 2008

Geraldine Mund
U.S. Bankruptcy Judge

Elizabeth Rojas, Chapter 13 Trustee
15301 Ventura Blvd, Bldg. B, Suite 400
Sherman Oaks, CA 91403
(818) 933-5700  Fax: (818) 933-5755

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| IN RE: | ) CHAPTER 13 |
| | ) CASE NO. SV08-12153-GM |
| DARRELL D. ROBINSON | ) |
| LOREE ROBINSON | ) |
| | ) **PROOF OF SERVICE BY MAIL** |
| | ) |
| DEBTORS | ) |
| | ) |

PROOF OF SERVICE

I declare under penalty of perjury that I am over the age of eighteen years and not a party to the within entitled action, I am employed by Elizabeth Rojas, Chapter 13 Standing Trustee, 15301 Ventura Blvd, Bldg. B, Suite 400, Sherman Oaks, CA 91403, and that on 8/26/2008 I served the following document(s): ORDER CONFIRMING CHAPTER 13 PLAN on all parties in interest listed below, by placing a true copy thereof enclosed in a sealed envelope with postage theron fully prepaid, in the United States Mail addressed as follows:

DARRELL D. ROBINSON
LOREE ROBINSON
36714 PINE VALLEY COURT
PALMDALE, CA 93552

WINTERBOTHAM PARHAM ET AL
20700 VENTURA BLVD
SUITE 130
WOODLAND HILLS, CA 91364

Ms. Jennifer Braun
Assistant United States Trustee
Department of Justice
21051 Warner Center Lane, #115
Woodland Hills, CA 91367-1367

Executed at Sherman Oaks, California on August 26, 2008.

*Gisele Dorsey*
_____
Gisele Dorsey

Case No. SV08-12153-GM